v.

**Clifford P. TUCKER and Patty A. Tucker, Respondents.**

**No. 60622.**

Missouri Court of Appeals, Eastern District, Division One.

April 7, 1992.

**Gary F. EDWARDS, D.C., Appellant,**

v.

**Karyl Belenda HARVES, Respondent.**

**No. WD 45158.**

Missouri Court of Appeals, Western District.

April 21, 1992.

Richard J. Koury, II, Independence, for appellant.

Karyl Belenda Harves, pro se.

Before LOWENSTEIN, C.J., and BERREY and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal from a judgment of the associate circuit court on a petition for payment for chiropractic services.

Affirmed.  Rule 84.16(b).